UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 07-12101 |
| | | CHAPTER 13 |
| CHARLES J. COOPER | | |
| ANDINE COOPER | : | JUDGE BETH A. BUCHANAN |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

<u>Check No.</u>             <u>Amount</u>
918283                    $9.98

<u>Creditor(s)</u>
OSI COLLECTION SERVICES, INC.
P.O. BOX 947
BROOKFIELD, WI 53008-0947


                           Respectfully submitted,

                           /s/   <u>Margaret A. Burks, Esq.</u>
                                Margaret A. Burks, Esq.
                                Chapter 13 Trustee
                                Attorney No. OH 0030377

                                Francis J. DiCesare, Esq.
                                Staff Attorney
                                Attorney No. OH 0038798

                                Karolina F. Perr, Esq.
                                Staff Attorney
                                Attorney No. OH 0066193

                                600 Vine Street, Suite 2200
                                Cincinnati, OH 45202
                                (513) 621-4488
                                (513) 621 2643 (Facsimile)
                                mburks@cinn13.org - Correspondence only
                                fdicesare@cinn13.org
                                kperr@cinn13.org
                                cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, October 21, 2011.

                        /s/    Margaret A. Burks, Esq.
                               Margaret A. Burks, Esq.

OSI COLLECTION SERVICES, INC.
P.O. BOX 947
BROOKFIELD, WI 53008-0947

Debtor(s) Counsel
GREGORY M. WETHERALL, ESQ.
4030 MT. CARMEL-TOBASCO
SUITE 122
CINCINNATI, OH  45255

Debtor(s)
CHARLES J. COOPER
ANDINE COOPER
6631 CAMBRIDGE AVENUE
CINCINNATI, OH  45227

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

OSI COLLECTION SERVICES, INC.
BANKRUPTCY DEPARTMENT
P.O. BOX 105127
ATLANTA, GA 30348-5127